UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                          :

LUZ BUSTAMANTE                   :    BK No. 09-10991
          Debtor                      Chapter 13
- - - - - - - - - - - - - - - - - -x

## ORDER

Heard on September 3, 2009, on HSBC Bank's Objection to Confirmation of the Debtor's Second Amended Chapter 13 Plan and Motion to Modify.  In accordance with this Court's decision in *In re Sairy Veliz*, BK 08-13292, entered October 16, 2009, HSBC Bank's Objection is **SUSTAINED.**  Debtor shall file an amended plan by November 2, 2009.

Entered as an Order of this Court.

Dated at Providence, Rhode Island,    16th           day of October, 2008.

_____
Arthur N. Votolato
U.S. Bankruptcy Court

Entered on docket: 10/16/09